# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**SHEROLD HUBBARD** | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **3:10-CR-0004 CMK** |

**Date of Original Judgment:**  5/25/2010
(Or Date of Last Amended Judgment)

Defendant's Attorney

**Reason for Amendment:** Modification of term of imprisonment for failure to surrender for service of sentence. On May 25, 2010, defendant was sentenced to a total term of five (5) days and was ordered to surrender on or before 2:00 p.m. on July 14, 2010. Defendant failed to surrender. Since that date, defendant was issued another violation for occupying national lands for residential purposes (CA49/F4278727) The court now remands defendant to serve seven days to resolve these matters. All other terms and conditions of the original Judgment shall remain in full force and effect.

**THE DEFENDANT:**
[✔] pleaded guilty to count(s): 1 and 2 of the Complaint .
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 261.15(I), a Class B Misdemeanor | Operate Vehicle Off Road while License Suspended or Revoked | 6/16/2009 | 1 |
| 21 USC 844(a), a Class A Misdemeanor | Possess a Controlled Substance | 11/14/2009 | 2 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[✔] Appeal rights given.          [ ] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/25/2010
Date of Imposition of Judgment

DATED: January 11, 2011

*Craig M. Kellison*

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

CASE NUMBER:     3:10-CR-0004 CMK                                                 Judgment - Page 2 of 2
DEFENDANT:       SHEROLD HUBBARD

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  seven (7) days  .

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
    If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

    Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

    _____
    UNITED STATES MARSHAL

    By _____
    Deputy U.S. Marshal